DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM JAMES MCFADDEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2166

[July 31, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey Hendriks, Judge; L.T. Case No. 56-2022-CT-002265A.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuna, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State*, 350 So. 3d 72 (Fla. 4th DCA 2022), *rev. denied*, No. SC2022-1597, 2023 WL 3830251 (Fla. June 6, 2023), *cert. denied* No. 23-5173, 2024 WL 2709435 (U.S. May 28, 2024).

WARNER, CIKLIN and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***